STOLL, NUSSBAUM & POLAKOV, APC
Robert J. Stoll, Jr. (SBN: 47173)
11601 Wilshire Blvd., Suite 200
Los Angeles, CA 90025
TEL: (310) 996-7500; FAX: (310) 575-4353

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT DIES, RAEMONA DIES; THE ESTATE OF MALLORY DIES,<br><br>Plaintiff(s),<br><br>v.<br><br>LOUIS CAPPS, UNITED STATES OF AMERICA, RAYMOND MORUA and DOES 1 THROUGH 10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 14-03027 MMM (FFMx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☑ This action is dismissed by the Plaintiff(s) in its entirety, without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5-28-14
*Date*

*Signature of Attorney/Party*

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

TOTAL P.02